IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MELVIN LEWIS CARROLL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:05CV01151 |
| v. | ) | 1:03CR190-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondent's motion to dismiss this action for being filed beyond the one-year limitation period [Pleading No. 5] be **GRANTED**, that Petitioner's motion to vacate, set aside or correct sentence [Pleading No. 1] be **DENIED**, and that this action be, and the same hereby is, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

_____
United States District Judge

Date: September 29, 2006